1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                    EASTERN DISTRICT OF WASHINGTON

8

9

10   AUTUMN RIDGE WEST LTD, LLLP,          2:15-cv-00313-SAB

11                     Plaintiff,

12        v.                               **ORDER GRANTING**
                                           **DEFENDANT'S MOTION TO**
13   STATE FARM FIRE AND CASUALTY          **COMPEL AND DENYING**
                                           **PLAINTIFF'S MOTION FOR**
14   COMPANY,                              **PROTECTIVE ORDER**

15                     Defendant.

16

17

18

19        Before the Court is Defendant's Motion to Compel Discovery, ECF No. 30,

20   and Plaintiff's Motion for Protective Order, ECF No. 34. The Court heard the

21   matter in an expedited fashion on October 5, 2016. This Order memorializes the

22   Court's oral ruling.

23        Defendant seeks discovery responses to Defendant's Second Interrogatories

24   Nos. 6-7 and Requests for Production Nos. 4-6, and requests to inspect and

25   photograph the Autumn Ridge Apartments pursuant to Fed. R. Civ. P. 34.  ECF

26   No. 30.  Defendants' requests, it contends, relate to its affirmative defenses,

27   counterclaims, and defense against Plaintiff's causes of action.  Defendant

28   specifically seeks discovery in preparation for the deposition of Daniel Harvey.

**ORDER GRANTING DEFENDANT'S MOTION TO COMPEL AND**
**DENYING PLAINTIFF'S MOTION FOR PROTECTIVE ORDER** + 1

Conversely, Plaintiff filed a motion for protective order to deny the deposition of Daniel Harvey, the Autumn Ridge employee responsible for re-roofing the Autumn Ridge Apartments.  ECF No. 34.  The Autumn Ridge Apartments are the subject matter of this insurance dispute.  The Court finds good reason to **GRANT** Defendant's Motion to Compel Discovery Responses, ECF No. 30, and **DENY** Plaintiff's Motion for Protective Order, ECF No. 34.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's Motion to Compel Discovery Responses, ECF No. 30, is **GRANTED**.

2. Autumn Ridge Ltd. LLLP **shall** immediately produce the records requested by Plaintiffs' motion, allow the deposition of Daniel Harvey, and allow Defendant to inspect and photograph Autumn Ridge Apartments pursuant to CR 34.

3. Plaintiff's Motion for Protective Order, ECF No. 34, is **DENIED**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order and provide copies to counsel.

**DATED** this 7th day of October, 2016.



Stanley A. Bastian
United States District Judge

**ORDER GRANTING DEFENDANT'S MOTION TO COMPEL AND DENYING PLAINTIFF'S MOTION FOR PROTECTIVE ORDER** ~ 2