UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AUTUMN RIDGE WEST, LTD, LLLP,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>　　　　　　Defendant. | NO. 2:15-cv-00313-SAB<br><br>**ORDER ENTERING STIPULATION AND DISMISSING CASE WITH PREJUDICE** |

　　　Before the Court is the parties' Joint Stipulation for an Order of Dismissal, ECF No. 131. The parties stipulate that this case should be dismissed with prejudice and without attorneys' fees to any party. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Court accepts the stipulation and enters it into the record.

//
//
//
//
//
//

**ORDER ENTERING STIPULATION AND DISMISSING CASE WITH PREJUDICE** + 1

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Joint Stipulation for an Order of Dismissal, ECF No. 131, is accepted and **entered** into the record.

2. The above-captioned case is **dismissed with prejudice** and without costs or attorneys' fees to any party.

3. Any pending motions are **dismissed as moot**.

4. All trial dates and deadlines are **stricken**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, and **close** the file.

Dated this 5th day of September 2017.



*Stanley A. Bastian*
Stanley A. Bastian
United States District Judge

**ORDER ENTERING STIPULATION AND DISMISSING CASE WITH PREJUDICE** + 2